IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

T.A.S.,[1]

                  Plaintiff,

      vs.                                            Case No. 2:21-cv-02167-DDC

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                  Defendant.

## MEMORANDUM AND ORDER GRANTING PARTIES' JOINT MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

The parties filed a joint motion requesting attorney fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). Doc. 23. The court, after reviewing the file and being advised by the parties that they have agreed to an award under EAJA in connection with the court-related representation of plaintiff in this Social Security appeal, orders reimbursement for attorney fees in the amount of $6,500, plus costs in the amount of $402.[2] In total, plaintiff should receive **$6,902**.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA award is payable to the plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States. In addition, if plaintiff's counsel ultimately receives an award of attorney fees under 42 U.S.C. § 406(b), they must refund the smaller award to plaintiff under *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

---

[1]     The court makes all of its Memorandum and Orders available online. Therefore, as part of the court's efforts to preserve the privacy interest of Social Security disability claimants, it has elected to caption such opinions using only plaintiff's initials.

[2]     The parties note that "[c]osts are paid from the Judgment Fund, not from agency funds." Doc. 23 at 1 n.1 (citing 28 U.S.C. § 2412(c)(1)).

**IT IS THEREFORE ORDERED THAT** the parties' joint Motion for Attorney Fees (Doc. 23) is granted.  Under 28 U.S.C. § 2412, plaintiff is granted attorney fees in the amount of $6,500, plus costs in the amount of $402.  The check for attorney fees should be made payable to plaintiff and mailed to plaintiff's attorneys' address.

**IT IS SO ORDERED.**

Dated this 14th day of December, 2022.

s/ Daniel D. Crabtree
**Daniel D. Crabtree**
**United States District Judge**

Approved:

DUSTON J. SLINKARD
Acting United States Attorney

*s/ Christina J. Valerio*
Christina J. Valerio
Special Assistant United States Attorney
Social Security Administration
Christina J. Valerio, CO Bar #36754
Assistant Regional Counsel

Attorneys for Defendant